```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


DAVID RIBEIRO,                )
      Plaintiff               )
                              )
            v.                )  C.A. NO. 05-30098-MAP
                              )
EDWARD FOGARTY,               )
      Defendant               )
```

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL
(Docket No. 4)

October 27, 2005

PONSOR, D.J.

Plaintiff, pro se, has filed this action against his former attorney, alleging "malicious and negligent representation of the plaintiff" during a criminal proceeding. See Docket No. 5 at 1. Plaintiff's application to proceed in forma pauperis was referred to Magistrate Judge Kenneth P. Neiman. While addressing this motion, Judge Neiman reviewed the complaint pursuant to 28 U.S.C. § 1915(e)(2), which authorizes federal courts to dismiss actions in which a plaintiff seeks to proceed in forma pauperis, where the action lacks an arguable basis. Judge Neiman performed the screening function and recommended that Plaintiff's complaint be dismissed, on the ground that Plaintiff's action required a showing that the underlying criminal action was terminated in favor of the Plaintiff. See Heck v. Humphrey, 512 U.S. 477, 486-87 (1994). Since

Plaintiff has not alleged that any judicial challenge to his underlying conviction was terminated in his favor, Judge Neiman concluded that dismissal was appropriate. See Docket No. 4 at 4.

Plaintiff filed a timely objection to the Report and Recommendation. The objections are hereby overruled. The Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated September 26, 2005 is hereby ADOPTED and the court hereby orders plaintiff's complaint DISMISSED on the authority of Heck.

The clerk is ordered to enter judgment of dismissal. The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge