UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID RIBEIRO,
        Plaintiff(s)

v.                    CIVIL ACTION: 05-30098-MAP

EDWARD FOGARTY,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    JUDGMENT OF DISMISSAL entered pursuant to the Memorandum and Order of the Court entered this date adopting the Magistrate Judge's Report and Recommendation for Summary Dismissal of the Plaintiff's complaint.

                                  SARAH A. THORNTON,
                                  CLERK OF COURT

Dated: October 27, 2005        By  /s/ Mary Finn
                                       Deputy Clerk

(Judgment Civil.wpd - 11/98)                                      [jgm.]

Case 3:05-cv-30098-MAP	Document 7	Filed 10/27/2005	Page 2 of 2